PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Anthony Martinho                              Cr.: 05-CR-0354-01
                                                                PACTS #: 40886

Name of Sentencing Judicial Officer: Stanley R. Chesler, U.S.D.J.

Date of Original Sentence: October 28, 2005

Original Offense: Conspiracy to Distribute & Possess with Intent to Distribute 50 Grams or more of Methamphetamine, 21 U.S.C. § 846.

Original Sentence: 98 months imprisonment; Five (5) years of supervised release; $100 special assessment

Type of Supervision: Supervised Release                    Date Supervision Commenced: 03-11-11

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | Martinho violated the special drug testing/treatment condition.<br><br>On September 9, 2011, Martinho reported to the Legacy Behavioral Services Drug Treatment Program and provided a urine specimen which yielded positive results for methamphetamine. |

U.S. Probation Officer Action: The probation officer in the Eastern District of California met with the offender and admonished him for his actions. They will increase the urine monitoring and will conduct random urinalysis until deemed appropriate by the probation office. This writer also recommends presentation of this document to Anthony Martinho as a formal reprimand, issued under the authority of the Court.

Respectfully submitted,

By: Luis R Gonzalez
Senior U.S. Probation Officer
Date: 10-17-11

*No Response is necessary unless the court directs that additional action be taken as follows:*

[X] Other - U.S. Probation Officer will present this document to the defendant as a formal written reprimand, issued with the approval and under the authority of the United States District Court.
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons

Signature of Judicial Officer

Date

**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

**WILFREDO TORRES**
CHIEF PROBATION OFFICER

**THOMAS C. MILLER**
DEPUTY CHIEF PROBATION OFFICER

October 17, 2011

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155
www.njp.uscourts.gov

Honorable Stanley R. Chesler
United States District Judge
Martin Luther King, Jr.
Federal Building and U.S. Courthouse
50 Walnut Street, Room 417
P.O. Box 999
Newark, New Jersey 07102-0999

**RE: MARTINHO, Anthony**
**Dkt. No. 05-CR-0354-01**
**Notice of Non-Compliance -**
**Written Reprimand Recommended**

Dear Judge Chesler:

On October 25, 2005, Anthony Martinho was sentenced by Your Honor to 98 months imprisonment, followed by a five (5) year term of supervised release for the offense of Conspiracy to Distribute & Possess with Intent to Distribute 50 Grams or more of Methamphetamine (21 U.S.C. § 846). The offender was also ordered to pay a $100 special assessment and abide by the following special conditions: drug testing/treatment; financial disclosure; no new debt; and cooperation with DNA. Mr. Martinho is currently being supervised by the Probation Office for the Eastern District of California.

On September 9, 2011, Martinho reported to the Legacy Behavioral Services Drug Treatment Program, for a randomly scheduled urine. He provided a urine specimen, which was sent to the lab, yielding positive results for methamphetamine use. On September 20, 2011, Martinho reported to the probation office as directed. He admitted use of a controlled substance and signed an admission form.

The Probation Office recommends presentation of the attached Probation Form 12A to Martinho as a written reprimand issued under the authority of the Court. Hopefully, the offender will respond to Your Honor's written reprimand concerning his non-complaint behavior.

If the Court agrees with our recommendation, please sign and docket the attached Form 12A and return the document to the attention of the undersigned. If your Honor requests an alternative course of action, please advise. We will make ourselves available should the Court wish to discuss this matter.

Respectfully submitted,

WILFREDO TORRES, Chief
U.S. Probation Officer

By: LUIS R. GONZALEZ
Senior U.S. Probation Officer

/lrg
Attachment(s)